IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JUAN SANTANA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 13-cv-01229-JPG-PMF |
| ) | |
| J KEMPFER, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## JUDGMENT

This matter having come before the Court, the issues having been heard, and the Court having rendered a decision,   IT IS HEREBY **ORDERED AND ADJUDGED** that the Claims against defendants **J Kempfer, Sgt. Pelker, R Harrington, T Veath, J Hart, Sgt Schurtz, Joseph Newcomb, Aaron Hood, Daniel Cushman,** and **Unknown Party** for deliberate indifference to Plaintiff's medical needs, requests for assistance, and unsanitary cell conditions in violation of the 8th Amendment are dismissed without prejudice and IT IS FURTHER **ORDERED AND ADJUDGED** that judgment is entered in favor of defendants **J Kempfer, Sgt. Pelker, R Harrington, T Veath, J Hart, Sgt Schurtz, Joseph Newcomb, Aaron Hood, Daniel Cushman,** and **Unknown Party**, and against plaintiff **Juan Santana** on his claim for deliberate indifference to his medical needs, requests for assistance, and unsanitary cell conditions in violation of the 8th Amendment.

**DATED:**   10/13/2015              **s/ Reid Hermann, Deputy Clerk**
                                     **Justine Flanagan**
                                     **Acting Clerk of Court**


**Approved:**   *s/J. Phil Gilbert*
               **J. PHIL GILBERT**
               **DISTRICT JUDGE**